UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARTIN LOSO, JOSEPH HOLLENKAMP, WILLIAM JUNGWIRTH, and COLEMAN-GEORGE NEMETH,
Plaintiffs,

vs.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation, Successor-in-Interest to the BURLINGTON NORTHERN RAILROAD COMPANY,

Defendant.

JURY TRIAL REQUESTED

CIVIL ACTION NO. 01-1564 ADM/SRN

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MARTIN LOSO ONLY**

---

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that the claims of Plaintiff Martin Loso may be, and hereby are dismissed without prejudice and without costs or disbursements to any party; and any party hereto may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal without prejudice be entered accordingly.

Dated: 7/23, 2002.

ROVEN, KAPLAN, & WELLS, P.C.

By [signature]
John D. Roven
Texas State Bar No. 17327900
2190 North Loop West, Suite 410
Houston, TX 77018
(713) 465-8522

AUG [illegible] 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Mark J. Fellman
213 East Fourth Street
Suite 200
St. Paul, MN 55101
(651) 225-5600

*Attorneys for Plaintiff Martin Loso*

Dated: 7/23, 2002.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of Plaintiff Martin Loso against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: August 5, 2002

BY THE COURT

[signature]
ANN D. MONTGOMERY
JUDGE OF U.S. DISTRICT COURT

s:\loso, martin\pleadings\stipdisloso.doc\tw