UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
DEC 9 2003

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARTIN LOSO, JOSEPH HOLLENKAMP, WILLIAM JUNGWIRTH, and COLEMAN-GEORGE NEMETH,
Plaintiffs,

JURY TRIAL REQUESTED

CIVIL ACTION NO. 01-1564 ADM/SRN

vs.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation, Successor-in-Interest to the BURLINGTON NORTHERN RAILROAD COMPANY,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that the claims of plaintiffs may be, and hereby are dismissed with prejudice and without costs or disbursements to any party; and any party hereto may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 12/1/03, 2003.

By [signature]
Mark J. Fellman, #28782
213 East Fourth Street, Suite 200
St. Paul, MN 55101
(651) 225-5600

FILED 4.5.04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM

John D. Roven (Texas ID No. 17327900)
JOHN ROVEN & ASSOCIATES, P.C.
2190 North Loop West, Suite 410
Houston, TX 77018
(713) 465-8522

*Attorneys for Plaintiffs*

Dated: 11/25, 2003.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiffs against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 12/9/03

BY THE COURT

______________________
CHARLES R. WEINER
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

s:\loso, martin\pleadings\stipdis.doc\tw