AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Martin Loso, Joseph Hollenkamp,
William Jungwirth and Coleman-
George Newmeth

V.

Burlington Northern and
Santa Fe Railway Company
a Delaware corporation, individually
and as Successor-in-Interest to the
Great Northern Railway Co.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1564 ADM/SRN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Claims of Plaintiffs against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

April 5 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez Deputy Clerk